This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DANIEL J. VILLA,**

Petitioner-Appellant,

v.                                                                          **NO. 33,880**

**NANCY MOLINA,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Daniel Viramontes, District Judge**

DeLaney & Hernandez, LLC
Amy C. DeLaney-Hernandez
Deming, NM

for Appellant

Couture Law
Rosalie Fragoso
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1} Petitioner appeals from a district court order dismissing his petition for custody of his minor child. We issued a calendar notice proposing to affirm. Respondent filed a memorandum in support; Petitioner has not filed a memorandum in opposition, and the time for doing so has expired. *See* Rule 12-210(D)(3) NMRA. Accordingly, we affirm the district court. *See Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice.").

{2} AFFIRMED.

{3} **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**J. MILES HANISEE, Judge**